UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN THOMPSON, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00528-RLY-MG |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of | ) |
| the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ENTRY ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**

In July of 2020, Plaintiff, John Thompson III, applied for disability insurance benefits. His initial application was denied and upon reconsideration the ALJ determined Thompson was not entitled to benefits. The Appeals Council denied review on January 12, 2022, and Thompson timely filed this action under 42 U.S.C. § 405(g) to review the denial of benefits. The court referred the matter to Magistrate Judge Garcia on November 10, 2022, pursuant to 28 U.S.C. § 636. (Filing No. 18).

Judge Garcia issued a detailed and thorough report and recommendation recommending the court affirm the Commissioner's decision on March 1, 2023. (Filing No. 19). Federal Rule of Civil Procedure 72(b)(2) gives parties 14 days to object to the R&R. No party has done so within that time. Consequently, the court reviews the R&R for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the record, the court finds that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and

Recommendation (Filing No. 19). The Commissioner is **AFFIRMED**. Judgment consistent with this Entry shall issue by separate order.

**IT IS SO ORDERED** this 20th day March 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.